IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EDDIE P. WASHINGTON,

   Plaintiff,

    v.

HERTZ RENTAL,

   Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-2653-TWT

ORDER

This is a pro se personal injury action arising out of an automobile accident that occurred in 1979. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action for lack of subject matter jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 22 day of November, 2011.

/s/Thomas W. Thrash

THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Washington\r&r.wpd